1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    CENTRAL DISTRICT OF CALIFORNIA
10   WESTERN DIVISION

| 11 | JAMES G. GARCIA, | ) | No. CV 16-5837-JFW (DFM) |
| 12 | Petitioner, | ) | |
| 13 | v. | ) | Order Accepting Findings and Recommendation of United States Magistrate Judge |
| 14 | ROBERT W. FOX, | ) | |
| 15 | Respondent. | ) | |
| 16 | | ) | |

17
18      Under 28 U.S.C. § 636, the Court has reviewed the petition, the records
19 on file, and the Report and Recommendation of the United States Magistrate
20 Judge. Further, the Court has engaged in a de novo review of those portions of
21 the Report and Recommendation to which objections have been made. The
22 Court accepts the findings and recommendation of the Magistrate Judge.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    IT IS THEREFORE ORDERED that Judgment be entered summarily
2 denying the petition and dismissing this action with prejudice.

4 Dated: February 8, 2017

_____
JOHN F. WALTER
United States District Judge

2