JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES G. GARCIA, | ) No. CV 16-5837-JFW (DFM) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| ROBERT W. FOX, | ) |
| Respondent. | ) |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is summarily denied and this action is dismissed with prejudice.

Dated: February 8, 2017

_____
JOHN F. WALTER
United States District Judge